THOMPSON v. WATERS

No. 267PA99

Case below: 133 N.C.App. 194

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999. Conditional petition by defendant (Lee County) for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999.

TUTTLE COMMUNITY CENTER, INC. v. COLEMAN

No. 202P99

Case below: 132 N.C.App. 825

Petition by petitioner (Linda Simmons-Henry) for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

UPCHURCH v. UPCHURCH

No. 302P99

Case below: 133 N.C.App. 446

Petition by defendant (James Elmon Upchurch) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

VAIL v. ANGLIN

No. 109P99

Case below: 132 N.C.App. 236

Petition by defendant (Donald William Way, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

VANASEK v. DUKE POWER CO.

No. 153P99

Case below: 132 N.C.App. 335

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.